IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GIL CAMACHO,

      Plaintiff,

v.                                                    CASE NO. 4:18-cv-25-MW-GRJ

JULIE JONES,

      Defendant.

_____/

## **REPORT AND RECOMMENDATION**

Plaintiff initiated this case by filing a *pro se* civil rights complaint. (ECF No. 1.)  After screening the complaint, the Court found it deficient and ordered Plaintiff to file an amended complaint and either pay the filing fee or file a motion for leave to proceed in forma pauperis on or before February 16, 2018. (ECF No. 3.) Further, the Court warned Plaintiff that failure to comply would result in a recommendation to the district judge that the case be dismissed for failure to prosecute and for failure to follow a Court order. (*Id.*)

Plaintiff then requested a thirty-day extension of time to comply, ECF No. 4, which the Court granted. (ECF No. 5.) As a result, Plaintiff was ordered to file the amended complaint and to either pay the filing fee or file a motion for leave to proceed as a pauper by March 26, 2018. (*Id.*)

When Plaintiff failed to comply within the allotted time, the Court issued a show cause order, directing Plaintiff to show cause in writing on or before April 17, 2018, as to why the cause should not be dismissed for failure to comply with an order from the Court and for failure to prosecute. (ECF No. 6.) Again, the Court warned Plaintiff that failure to respond would result in a recommendation to the district judge that the case be dismissed. (*Id.*)

As of the date of this report and recommendation, Plaintiff has not complied with the Court order, failing to file an amended complaint and failing either to pay the filing fee or file a motion for leave to proceed as a pauper.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an Order of the Court.

**IN CHAMBERS** this 18th day of April 2018.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**