IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GIL CAMACHO,

      Plaintiff,
v.                               Case No. 4:18cv25-MW/GRJ

JULIE JONES,

      Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of this Court." The Clerk shall close the file.

**SO ORDERED on May 17, 2018.**

                                        s/Mark E. Walker           
                                        **United States District Judge**